### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **KAREN LONG,** | ) | Case No.: __1:23-cv-00019____ |
| | ) | |
| **Plaintiff,** | ) | Judge _____ |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNIVERSITY OF CINCINNATI** | ) | **NOTICE OF REMOVAL** |
| **MEDICAL CENTER, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant University of Cincinnati Medical Center, LLC ("Defendant"), pursuant to 28 U.S.C. § 1331, 1367, 1441, and 1446 respectfully submits this Notice of Removal and removes case number A 2204509 from the Hamilton County Court of Common Pleas, the court in which this case is presently pending, to the United States District Court for the Southern District of Ohio. This action is being removed on federal question jurisdiction under 28 U.S.C. § 1331.

As grounds for this removal, Defendant states as follows:

1. On or about December 12, 2022, Plaintiff Karen Long ("Plaintiff") filed a Complaint in the Hamilton County Court of Common Pleas, captioned *Karen Long v. University of Cincinnati Medical Center, LLC*, bearing case number A 2204509. Copies of the Complaint and Summons are attached hereto as Exhibit A. The Complaint was served on University of Cincinnati Medical Center, LLC on December 19, 2022.

2. The Complaint and Summons are the only pleadings, process and/or orders that have been served upon Defendant in this action to date. No further proceedings have taken place in the Hamilton County Court of Common Pleas.

3.     This Notice of Removal is being filed within thirty days of receipt of the Summons and Complaint in this matter.  Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446.

4.     The Complaint establishes that there is a federal question.  Plaintiff alleges violations of federal law, including the Americans with Disabilities Act (42 U.S.C. § 12101, *et seq.*), Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, *et seq*), the Age Discrimination in Employment Act and the Family and Medical Leave Act (29 U.S.C. § 2617, *et seq.*).  This Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

5.     The Court may exercise supplemental jurisdiction over the remaining claims, pursuant to 28 U.S.C. § 1367(a) because these claims are so related to the federal claims that they form part of the same case or controversy.  The Complaint asserts that the underlying facts are common to all counts.

6.     All Defendants who have been properly joined and served consent to the removal per 28 U.S.C. § 1446(b)(2)(A).

7.     Pursuant to 28 U.S.C. § 1441 *et seq.*, the right exists to remove this case to the United States District Court for the Southern District of Ohio, which is the district court for the judicial district and division embracing Hamilton County, Ohio, where the state court action is pending.  28 U.S.C. § 97(b).

8.     Pursuant to 28 U.S.C. § 1391, venue is proper in the Southern District of Ohio because the actions complained of in Plaintiff's Complaint allegedly occurred in this district.  Plaintiff initiated this action in Hamilton County.

9.     A copy of this Notice of Removal is being served on counsel for Plaintiff and a Notice of Filing Notice of Removal is being filed with the Hamilton County Court of Common

Pleas in accordance with 28 U.S.C. § 1446.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

10.     Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without waiving jurisdictional challenges, without conceding that Plaintiff has pled claims upon which relief can be granted, and without conceding that Plaintiff's claims can be processed in any court.

11.     Defendant has paid or will pay the filing fees prescribed by this Court's rules, if any.

For the foregoing reasons, federal jurisdiction exists under 28 U.S.C. § 1331, and removal is appropriate under 28 U.S.C. § 1441(a).  Defendant University of Cincinnati Medical Center, LLC gives notice that this action is hereby removed from the Hamilton County Court of Common Pleas in Hamilton County, Ohio.  Defendant respectfully requests that this action be placed upon the docket of this Court for further proceedings, as if this case had been originally instituted in this Court.

Respectfully submitted,

/s/ *Patricia Anderson Pryor*

Patricia Anderson Pryor (0069545)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone:  (513) 898-0050
Facsimile:   (513) 898-0051
Email: pryorp@jacksonlewis.com

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2023, a true and accurate copy of the foregoing Notice of Removal was filed with the Court via the Court's CM/ECF system, and was also served by regular U.S. Mail upon the following:

Evan R. McFarland
Matthew G. Bruce
SPITZ, THE EMPLOYEE'S LAW FIRM
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
matthew.bruce@spitzlawfirm.com
evan.mcfarland@spitzlawfirm.com

*Counsel for Plaintiff, Karen Long*

/s/ *Patricia Anderson Pryor*
Patricia Anderson Pryor

4856-4929-8249, v. 1

4